**Order entered April 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00191-CR

**JOHN WHEELER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-10261-T**

## ORDER

Because the reporter's record had not been filed, we notified court reporter Vearneas Faggett by postcard dated February 15, 2019 and directed her to file the reporter's record. When she did not do so, we then ordered her to file the record by April 19, 2019. Three days before the record was due, Ms. Faggett informed the Court for the first time that she was not, in fact, the court reporter who reported the case, but that Trashuna Salaam was the court reporter. The following day, court reporter Trashuna Salaam filed a request for an extension of time, citing health issues and the fact that she had received notice the record was due only one day before she filed her request. Ms. Salaam is requesting an additional forty-five days in which to complete the reporter's record.

Rule 35.3 provides that each extension "must not exceed 30 days." TEX. R. APP. P. 35.3. However, in light of the extraordinary circumstances presented in her request, we invoke appellate rule 2 and suspend rule 35.3's operation in this case. *See* TEX. R. APP. P. 2. We **ORDER** the reporter's record due on or before June 3, 2019.

With respect to Ms. Faggett's April 16, 2019 letter, we caution her that rule 35.3(b) specifically provides that the official or deputy reporter is responsible for timely filing the reporter's record. *See* TEX. R. APP. P. 35.3(b). Thus, to the extent the reporter's record is not timely filed in this case, the Court may order the official court reporter not to sit until the record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Lawrence Mays, Presiding Judge, 283rd Judicial District Court; Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; Vearneas Faggett, official court reporter, 283rd Judicial District Court; Trashuna Salaam, court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/    BILL PEDERSEN, III
       JUSTICE